# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00443-CV

**In re Loyd Landon Sorrow**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Loyd Landon Sorrow has filed a pro se petition for writ of mandamus complaining of the Travis County District Court's order transferring venue of his suit to Brazoria County District Court, which later granted defendants' summary-judgment motion and dismissed the case with prejudice. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. Having reviewed the petition and record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: August 5, 2015